

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY D. LANGLEY, | No. C 06-3254 JSW (PR) |
| Petitioner, | |
| vs. | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| THOMAS L. CAREY, Warden, | |
| Respondent. | (Docket No. 17) |

Petitioner, a prisoner of the State of California, currently incarcerated at California Medical Facility in Vacaville, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.  Good cause appearing, Petitioner's request for an extension of time in which to file a traverse (docket no. 17) is GRANTED.  Petitioner may file a traverse on or before **June 21, 2008**.  No further extension of time will be granted.

IT IS SO ORDERED.

DATED: MAY 2 1 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STACY D LANGLEY,

        Plaintiff,

v.

THOMAS L CAREY, WARDEN et al,

        Defendant.
_____/

Case Number: CV06-03254 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michele Joette Swanson
Ross Charles Moody
Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Stacey D. Langley
T-91228
2100 Peabody Road
Vacaville, CA 9569

Dated: May 21, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk